**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| SEDIK MOHAMMED ABUBAKARI, | |
| Petitioner, | CIVIL ACTION NO.: 5:25-cv-123 |
| v. | |
| WARDEN, FOLKSTON ICE PROCESSING CENTER, | |
| Respondent. | |

**O R D E R**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus.  Doc. 1.

Respondent has filed a Motion to Dismiss and states that Petitioner has been in Immigration and

Customs Enforcement's ("ICE") custody since he arrived in the United States on January 14,

2025.  Doc. 6.  Since Respondent filed his Motion to Dismiss (and Petitioner filed his Response),

I issued a second Report and Recommendation in Alekhin v. Warden, Case Number 5:25cv58,

doc. 36.  The Court **ORDERS** the parties to provide any argument and facts they wish the Court

to consider in this case, using the analysis regarding the due process arguments in the Alekhin

Report and Recommendation as a guide, within **14 days** of this Order.  I **DIRECT** the Clerk of

Court to provide Petitioner with a copy of this Report and Recommendation.

**SO ORDERED**, this 11th day of June, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA