AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

SEDIK MOHAMMED ABUBAKARI,

     Petitioner.

          **v.**

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

     Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-123

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered July 2, 2026, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 petition is denied as moot. Additionally, Petitioner is denied in forma paupris status on appeal.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

___July 2, 2·26_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020